# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 2:19-CV-14050-ROSENBERG/MAYNARD

**NATIONAL FIRE INS. CO. OF HARTFORD**,

    Plaintiff,

v.

**JOHNSON CONTROLS FIRE PROTECTION, LP**,

    Defendant.

_____/

### NOTICE OF SELECTION OF MEDIATOR

    Plaintiff National Fire Insurance Company of Hartford ("National Fire"), by and through its undersigned counsel and pursuant to the Court's Scheduling Order and Order Referring Case to Mediation [17] hereby gives notice that National Fire and Defendant, Johnson Controls Fire Protection LP, have selected John Freud, Esq. to mediate this matter. The mediation is scheduled for January 14, 2019.

## CERTIFICATE OF SERVICE

I CERTIFY that the above document has been provided electronically to all counsel and parties who have enrolled to receive electronic service upon the filing of this document through the Court's CM/ECF system, this 15th day of May, 2019.

**DOGALI LAW GROUP, P.A.**

 /s/ Barbara U. Uberoi
Andy Dogali
Fla. Bar No.: 0615862
Email: adogali@dogalilaw.com
Barbara Uberoi
Fla. Bar No.: 0145408
Email: buberoi@dogalilaw.com
401 East Jackson St., Suite 1825
Tampa, FL 33602
Telephone: (813) 289-0700
Secondary email: reception@dogalilaw.com
Secondary email: lfair@dogalilaw.com
*Counsel for Plaintiff National Fire Insurance Company of Hartford*